### KING *v.* SOUTHERN RAILWAY COMPANY.

ATKINSON, J. The evidence supported the verdict. The trial judge did not commit error for any reason assigned, either in ruling upon the admissibility of evidence, or in charging the jury, sufficient to require the grant of a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Submitted July 21, 1908.—Decided January 15, 1909.

Action for damages. Before Judge Edwards. Haralson superior court. October 1, 1907.

*James Beall* and *E. S. Griffith,* for plaintiff.

*Maddox, McCamy & Shumate* and *Walter Matthews,* for defendant.